# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1662

ENDO PHARMACEUTICALS INC.,

           Plaintiff-Appellant,

v.

ROXANE LABORATORIES, INC.,

           Defendant-Appellee.

Appeal from the United States District Court for the Southern District of New York in case no. 13-CV-3288, Senior Judge Thomas P. Griesa.

Authorized Abbreviated Caption[2]

ENDO PHARMACEUTICALS INC. V ROXANE LABORATORIES, INC., 2013-1662

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.