Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ENDO PHARMACEUTICALS INC. v. ROXANE LABORATORIES, INC.

No. 2013-1662

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Roxane Laboratories, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:
Roxane Laboratories, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
Roxane Laboratories, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
Boehringer Ingelheim Corporation

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
Locke Lord LLP - Alan B. Clement, Keith D. Parr, Scott B. Feder, Hugh S. Balsam, Myoka Kim Goodin, Amanda K. Kelly, Wasim K. Bleibel

September 24, 2013
Date

Signature of counsel
Hugh S. Balsam
Printed name of counsel

Please Note: All questions must be answered
cc: all counsel of record by ECF filing

Form 30

FORM 30. Certificate of Service

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on [Sep 24, 2013] by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

Hugh S. Balsam                              /s/ Hugh S. Balsam
Name of Counsel                             Signature of Counsel

Law Firm: Locke Lord LLP

Address: 111 South Wacker Drive

City, State, ZIP: Chicago, Illinois 60606

Telephone Number: (312) 443-0403

FAX Number: (312) 896-6403

E-mail Address: hbalsam@lockelord.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.