NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

v.

**ACTAVIS, INC. AND ACTAVIS SOUTH ATLANTIC, LLC,**
*Defendants-Appellees.*

---

2013-1658

---

Appeals from the United States District Court for the Southern District of New York in No. 12-CV-8985, Senior Judge Thomas P. Griesa.

- - - - - - - - - - - - - - - - - - - - -

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

v.

**ROXANE LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2013-1662

---

Appeal from the United States District Court for the Southern District of New York in No. 13-CV-3288, Senior Judge Thomas P. Griesa.

---

*SUA SPONTE*

---

PER CURIAM

**O R D E R**

The court *sua sponte* enters the following order in *Endo Pharmaceuticals, Inc. v. Actavis, Inc.* (No. 13-1658) and *Endo Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.* (No. 13-1662).

IT IS ORDERED THAT:

1. The cases are consolidated for the purposes of oral argument.
    a. Each side shall have twenty minutes for oral argument.
    b. Thus, the appellees, Actavis, Inc. and Roxane Laboratories, Inc., shall have a combined twenty minutes for oral argument, divided equally between the two parties.
2. It appears to the court that the terms of the settlement agreement and the discussion of that agreement should not be designated as confidential. Accordingly, the parties shall address, by letter brief not exceeding two pages, whether the confidential markings in the briefs with respect to the settlement agreement can be removed, and, if any marking should be continued, why it should be continued.

ENDO PHARMACEUTICALS INC.ACTAVIS, INC.                              3

      a. The parties shall file their letter briefs no later than December 20, 2013.
      b. If the confidential markings concerning the settlement agreement are removed, new briefs should be filed in electronic form without the confidential markings no later than December 30, 2013. There is no need to file revised hard copy briefs.

FOR THE COURT

<u>December 16, 2013</u>       /s/ Daniel E. O'Toole
    Date                Daniel E. O'Toole
                         Clerk of Court