# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF ENTRY OF
## JUDGMENT ACCOMPANIED BY OPINION

OPINION FILED AND JUDGMENT ENTERED: 03/31/2014

The attached opinion announcing the judgment of the court in your case was filed and judgment was entered on the date indicated above. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

No costs were taxed in this appeal.

Regarding exhibits and visual aids: Your attention is directed Fed. R. App. P. 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


cc: Hugh S. Balsam
Martin J. Black
Nicholas P. Chiara
Alan B. Clement
Scott B. Feder
Vincent August Gallo
Myoka Kim Goodin
Joseph Raymond Heffern
Jonathan D.J. Loeb
Keith D. Parr
Robert Rhoad
Charles A. Weiss
Eric H. Yecies

13-1662 - Endo Pharmaceuticals Inc. v. Roxane Laboratories, Inc.

United States District Court for the Southern District of New York, Case No. 13-CV-3288

13-1658 – Endo Pharmaceuticals Inc. v Actavis, Inc.

United States District Court for the Southern District of New York, Case No. 12-CV-8985